FILED

05/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0317

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0317

_____

IN RE THE PARENTING OF:
J.M.N., IV,

FRANCESCA C. BECKERLE,

     Petitioner and Appellee,

       v.

JOHN MARSHALL NICHOLS, III,

     Respondent and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Elizabeth Best, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 4 2022